IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARISSE J. FILUS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JUDGE GAIL A. WEILHEIMER | : | NO. 26-1652 |

**ORDER**

**AND NOW**, this 5th day of August, 2026, having granted Defendant's "Motion to Dismiss Individual-Capacity Claims Against Defendant Judge" (Docket No. 21) on this date, and having granted Defendant's "Motion to Dismiss Claims Against the United States and Official-Capacity Claims Against Defendant Judge" on June 11, 2026 (Docket Nos. 16, 19), **IT IS HEREBY ORDERED** that the Amended Complaint is **DISMISSED WITH PREJUDICE** and **JUDGMENT** is entered in favor of Defendant and against Plaintiff.

BY THE COURT:

/s/ John R. Padova

John R. Padova, J.